COLE *v.* TEXAS

No. A–704 (90–7411).   Decided March 18, 1991

JUSTICE SCALIA, Circuit Justice.

I have before me an application for a stay of execution pending disposition of a petition for writ of certiorari to the Court of Criminal Appeals of Texas.   The petitioner seeks direct review of the judgment of the Texas courts affirming his death sentence.

I will in this case, and in every capital case on direct review, grant a stay of execution pending disposition by this Court of the petition for certiorari.   While I will not extend the time for filing a petition beyond an established execution date, see *Madden* v. *Texas*, 498 U. S. 1301 (1991) (SCALIA, J., in chambers), neither will I permit the State's execution date to interfere with the orderly processing of a petition on direct review by this Court.

*It is so ordered.*